**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Donald John ALFORD, Defendant–
Appellant.**

No. 04–41632.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Eric Joseph Davis, Houston, TX, for Defendant–Appellant.

Donald John Alford, Federal Correctional Institution, Beaumont—Low, Beaumont, TX, pro se.

Before WIENER, BENAVIDES, and
DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Donald John Alford has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Alford has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.